# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Thomas A. Waldock, Trustee, et al.,                     Case No. 3:17CV959

        Plaintiffs

        v.                                              **ORDER**

Rover Pipeline LLC, et al.,

        Defendants

In a prior order, I granted the plaintiffs' motion to remand this case to the Common Pleas Court of Wood County, Ohio. I also held that plaintiffs were entitled to attorney fees because the arguments that Rover Pipeline LLC made in support of removal were unreasonable. *Waldock v. Rover Pipeline LLC*, 2017 WL 3224573 (N.D. Ohio).

Plaintiffs' counsel have now requested $9,405.00 in fees. (Doc. 15).

That sum represents: 1) attorney Zachary Murry's 38.10 hours on the remand issue, at a rate of $200.00 per hour; and 2) attorney Marvin Robon's 5.10 hours on the remand issue, at a rate of $350.00 per hour. (Doc. 15–1 at 7).

Counsel have supported their request with a sworn declaration, detailed billing records, and a copy of *The Economics of Law Practice in Ohio in 2013*, an Ohio State Bar Association reference work detailing, *inter alia*, median hourly billing rates in the Toledo area, Northwest Ohio, and the rest of the state.

Although I gave Rover an opportunity to respond to the plaintiffs' submission, it has elected not to object to the fees that counsel have claimed.

Having reviewed plaintiffs' submission, and having determined that the hours expended and the rates claimed are reasonable, it is hereby

ORDERED THAT the motion for $9,405.00 in attorney fees (Doc. 15) be, and the same hereby is, granted.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge